**Order entered May 13, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00039-CV

### ADRIAN BOOKER, Appellant

### V.

### UNAUTHORIZED PRACTICE OF LAW COMMITTEE FOR THE SUPREME COURT OF TEXAS, Appellee

**On Appeal from the 366th Judicial District Court
Collin County, Texas
Trial Court Cause No. 366-02101-2015**

## ORDER

Based on court reporter Antoinette Varela's April 19, 2016 letter to the Court regarding the status of the reporter's record and appellant's April 29, 2016 response, we **ORDER** Ms. Varela to file, no later than June 2, 2016, either (1) the reporter's record or (2) written verification appellant has not designated by date the portions of the proceedings to be included in the reporter's record. *See* TEX. R. APP. P. 34.6(b)(1). As appellant has been found indigent, any record shall be filed without advance payment of costs.

/s/     CRAIG STODDART
        JUSTICE